Opinion issued June 7, 2007 





 




In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00792-CR

____________


MICHAEL TORRES, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 177th District Court 

Harris County, Texas

Trial Court Cause No. 977589






MEMORANDUM OPINION

 Appellant, Michael Torres, pleaded guilty to possession of a controlled
substance with intent to deliver. The trial court deferred adjudication of guilt, placed
appellant on community supervision for five years.

 The State subsequently filed a motion to adjudicate guilt to which appellant
pleaded not true. After a hearing, the trial court found to be true the State's allegation
that appellant had violated the conditions of his community supervisionThe court
found appellant guilty of the original charge, and sentenced him to confinement for
40 years. Appellant filed timely notice of appeal. We affirm.

 Appellant's court-appointed counsel filed a motion to withdraw as counsel and
a brief concluding that this appeal is without merit. Counsel's brief meets the
requirements of Anders v. California, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967),
by presenting a professional evaluation of the record that demonstrates the lack of
arguable grounds of error. See High v. State, 573 S.W.2d 807, 811 (Tex. Crim. App.
1978); Moore v. State, 845 S.W.2d 352, 353 (Tex. App.--Houston [1st Dist.] 1992,
pet. ref'd).

 Counsel represents that she served a copy of the brief on appellant. Counsel
also advised appellant of his right to examine the appellate record and file a pro se
brief. See Stafford v. State, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991). More than
30 days have passed, and appellant has not filed a pro se brief. We have carefully
reviewed the record and counsel's brief. We find no reversible error in the record,
and agree that the appeal is without merit.

 We therefore affirm the judgment of the trial court.

 We grant counsel's motion to withdraw. (1) See Stephens v. State, 35 S.W.3d
770, 771 (Tex. App.--Houston [1st Dist.] 2000, no pet.). 

 We dismiss any pending motions as moot.

PER CURIAM


Panel consists of Chief Justice Radack, and Justices Keyes and Higley.

Do not publish. Tex. R. App. P. 47.2(b).
1. Counsel has a duty to inform appellant of the result of his appeal and also to inform
him that he may, on his own, pursue discretionary review in the Texas Court of
Criminal Appeals. See Ex parte Wilson, 956 S.W.2d 25, 27 (Tex. Crim. App. 1997).